NTN BEARING CORPORATION OF AMERICA and NTN Kugellagerfabrik (Deutschland) GmbH, Plaintiffs,

and

SKF USA Inc. and SKF GmbH, Plaintiffs–Appellants,

and

FAG Kugelfischer Georg Schafer Ag and FAG Bearings Corporation, Plaintiffs–Appellees,

and

INA Walzlager Schaffler Ohg and INA Bearings Company, Inc., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Cross Appellant,

and

The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Cross Appellant.

NTN Bearing Corporation of America and NTN Kugellagerfabrik (Deutschland) GmbH, Plaintiffs,

and

SKF USA Inc. and SKF GmbH, Plaintiffs,

and

FAG Kugelfischer Georg Schafer Ag and FAG Bearings Corporation, Plaintiffs–Appellants,

and

INA Walzlager Schaffler OHG and INA Bearings Company, Inc., Plaintiffs,

v.

United States, Defendant–Appellee,

and

The Torrington Company, (now known as Timken U.S. Corporation), Defendant–Appellee.

Nos. 02–1103, 02–1123, 02–1180, 02–1181, 02–1124.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2004.

Donald J. Unger, Chicago, IL, for NTN Bearing Corporation of America and NTN Kugellagerfabrik (Deutschland) GmbH.

Herbert C. Shelley, Alice A. Kipel, for SKF USA Inc. and SKF GmbH.

Max F. Schutzman, Mark E. Pardo, Andrew B. Schroth, Adam M. Dambrov, New York, NY, Jeffrey S. Grimson, Washington, DC, for FAG Kugelfischer Georg Schafer AG and FAG Bearings Corporation.

Stephen L. Gibson, Matthew J. Clark, Nancy Aileen Noonan, Washington, DC, Donald J. Unger, Chicago, IL, for INA Walzlager Schaffler OHG and INA Bearings Company, Inc.

Michael D. Panzera, Lucius B. Lau, David M. Cohen and Velta A. Melnbrencis, Washington, DC, for United States.

Terence P. Stewart, Wesley K. Caine, Lane S. Hurewitz and Geert M. De Prest, Washington, DC, for The Torrington Company.

## ORDER

Upon consideration of FAG Kugelfischer Georg Schafer AG et al.'s unopposed motion to sever and voluntarily dismiss appeal 02–1124,

IT IS ORDERED THAT:

(1) The motions are granted. All sides shall bear their own costs in 02–1124.

(2) SKF USA Inc. et al., Ina Walzlager Schaeffler OHG et al., the United States, and The Torrington Company are requested to inform this court, within 14 days of the date of filing of this order, how they believe that appeals 02–1103, –1123, –1180, and –1181 should proceed.

(3) The revised official captions are reflected above.